IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   CRIMINAL NO. <u>24-MJ-1267 GJF</u> |
| | ) |
| vs. | ) |
| | ) |
| **DIANA PEREZ ET AL.**, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' NOTICE OF RELATED CASES

The United States of America notifies the Court that the subject matter in the above-captioned case is related to the subject matter in the following cases:

1. ALAN S. AMAYA, No. 24-CR-1128 MIS

The United States hereby represents that the theories of prosecution, facts, evidence and witnesses in the listed cases are substantially common to one another. The United States respectfully suggests that all of the listed cases should be assigned to a single United States District Judge of this Court in the interest of judicial economy. Moreover, assignment of all the listed cases to a single United States District Judge of this Court will minimize the risk of disparate treatment of similarly situated criminal defendants.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/     Electronically filed 9/19/24*
ALYSON R. HEHR
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

**/s/      Electronically Filed 9/19/24**
ALYSON R. HEHR
Assistant United States Attorney